**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marvin BUTLER, Defendant–Appellant.**

No. 02–50182.

United States Court of Appeals, Ninth Circuit.

May 17, 2005.

Curtis A. Kin, Esq., Brent A. Whittlesey, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Law Offices of Richard D. Rome, Van Nuys, CA, for Defendant–Appellant.

Before: BROWNING, RYMER, and GRABER, Circuit Judges.

**ORDER**

The opinion filed November 23, 2004, slip opinion 16301, and appearing at 389 F.3d 956 (9th Cir.2004), is withdrawn.